<u>**NOT RECOMMENDED FOR PUBLICATION**</u>

No. 26-5104

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> **FILED**
> Mar 20, 2026
> KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| ERIN BURNETT OUTFRONT, of Cable News | ) | THE EASTERN DISTRICT OF |
| Network (CNN), et al., | ) | TENNESSEE |
| | ) | |
| Defendants-Appellees. | | |

O R D E R

Before:  SUTTON, Chief Judge; McKEAGUE and GRIFFIN, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Ronald Satish Emrit filed a civil action and a motion to proceed in forma pauperis on October 9, 2025.  The district court has not yet ruled on the motion or screened the action.  On February 9, 2026, Emrit filed a notice of appeal seeking "to have the present case at bar sent to the Sixth Circuit Court of Appeals."

This court has appellate jurisdiction over final decisions of the district courts, 28 U.S.C. § 1291, and limited categories of interlocutory orders, 28 U.S.C. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001).  There has been no order—final or otherwise—issued in this case.  Absent any decision by the district court, this court lacks jurisdiction over Emrit's appeal.

No. 26-5104
- 2 -

The appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/20/2026.

**Case Name:**   Ronald Emrit v. Erin Burnett OutFront, et al
**Case Number:**   26-5104

**Docket Text:**
ORDER filed to dismiss case for lack of jurisdiction. Non-apppealable order. No mandate to issue, decision not for publication. Jeffrey S. Sutton, Chief Circuit Judge; David W. McKeague, Circuit Judge and Richard Allen Griffin, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Ronald Satish Emrit
5108 Cornelias Prospect Drive
Bowie, MD 20720

**A copy of this notice will be issued to:**

Ms. LeAnna Wilson