UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

RONALD SATISH EMRIT,                )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        No.:   3:25-CV-496-TAV-DCP
                                    )
ERIN BURNETT OUTFRONT, *et al.*,    )
                                    )
            Defendants.             )

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on April 28, 2026 [Doc. 12]. In the R&R, Judge Poplin granted plaintiff's Motion for Leave to Proceed *in forma pauperis* [*Id.* at 1; *see* Doc. 2]. However, after screening the complaint, Judge Poplin recommended that the Court dismiss plaintiff's complaint [Doc. 12, pp. 11–12]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 12]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE